```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-40-JEC-GGB |
| ANTONIO KILPATRICK HEARD, | |
| Defendant. | |

### ORDER

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [48] recommending denying defendants' Motions to Suppress In-Court Identifications [24, 27]. On October 25, 2013, defendant filed Objections [52] to the Report and Recommendation [48]. The Court has reviewed the Final Report and Recommendation [48] and agrees with the magistrate judge's conclusion that the motion to suppress an in-court identification by the undercover agent should be denied.

It is therefore Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [48] **DENYING** defendants' Motions to Suppress In-Court Identifications [24, 27].

SO ORDERED this 25th day of November, 2013.

                                                      /s/ Julie E. Carnes
                                                    JULIE E. CARNES
                                                    CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)